WILLIAM SPECTOR, Respondent, *v.* ESTHER FELDMAN et al., Appellants.

*Spector* v. *Feldman,* 156 App. Div. 892, affirmed.
(Submitted March 12, 1915; decided March 26, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 7, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants, his employers, in permitting him to work at a dangerous machine without instructions.

*James I. Cuff* for appellants.

*Samuel S. Koenig, Charles Goldzier* and *Frederick Hemley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.